AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Brian Fischler, Individually and on behalf of all other persons similarly situated<br><br>*Plaintiff(s)*<br>v.<br><br>Just An Oven Corp., d/b/a Frank Restaurant<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  18-cv-12386<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Just An Oven Corp.
    C/O Frank Prisinzano
    156 E. 2nd Street, No. 6
    New York, NY 10009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Christopher H. Lowe
    LIPSKY LOWE LLP
    630 Third Avenue, Fifth Floor
    New York, New York 10017-6705
    212.392.4772

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/02/2019

    /s/ D. Howie
    *Signature of Clerk or Deputy Clerk*