

AN EMPLOYMENT LAW FIRM

Christopher H. Lowe - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.741/7676
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

MEMO ENDORSED

February 25, 2019

VIA ECF
The Honorable Ronnie Abrams, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Court House
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/19

Re:   Fischler v. Just An Oven Corp., et al., 1:18-cv-12386 (RA)

Dear Judge Abrams:

This firm represents Plaintiff Brian Fischler in the above-referenced matter, alleging that Defendant's website violates Title III of the American's with Disabilities Act because it is not equally accessible to individuals with impaired sight. We write to respectfully request that the March 8, 2019 Initial Pretrial Conference (Dkt. 5) be adjourned forty-five days.

Defendant was served with the Summons and Complaint on January 9, 2019. (Dkt. 6). However, no attorney representing Defendant has contacted this firm or filed a Notice of Appearance. This is the likely result of the Defendant having been served via the Secretary of State, as a delay sometimes occurs between a company being served under this method and actually receiving notice of being served. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference. We are also reaching out directly to Defendant to ascertain whether they are the current default status, and whether they would like to avoid default proceedings.

This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

Application Granted. The initial conference in this case scheduled for March 8, 2019 is hereby adjourned and rescheduled for April 26, 2019 at 3 p.m.

Plaintiff shall serve a copy of this Order to Defendant no later than February 28, 2019.

SO ORDERED.

Hon. Ronnie Abrams
February 26, 2019