USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/19

**LYDECKER DIAZ**
Robert J. Pariser, Esq.
Michael I. Goldman, Esq.
200 Broadhollow Road, Suite 207
Melville, New York 11747
Telephone: (631) 390-8365
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JUST AN OVEN CORP., d/b/a Frank Restaurant,<br><br>Defendant. | Civil Action No. 1:18-cv-12386<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR MOVE** |

It is hereby stipulated and agreed by and between Plaintiff Brian Fischler, Individually and on behalf of all other persons similarly situated, and Defendant Just An Oven Corp., d/b/a Frank Restaurant, that the time period within which Defendant may serve and file a responsive pleading or otherwise move as to the Complaint is hereby extended until March 29, 2019.

**LIPSKY LOWE LLP**
*Attorneys for Plaintiff*

By: _____
Christopher H. Lowe Esq.

Dated: February 28, 2019

**LYDECKER DIAZ**
*Attorneys for Defendant*

By: _____
Michael I. Goldman, Esq.

**SO ORDERED**

_____
3-1-19